# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-25-152-BLG-SPW** |
| Plaintiff, | |
| vs. | **ORDER** |
| ARNULFO BETANCOURT *aka* *Arnulfo Betancourt Villa*, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 33), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial in this matter presently set for May 18, 2026 at 9:00 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Arnulfo Betancourt is hereby released from the custody of the United States Marshals Service.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals

Service of the making of this Order.

DATED this _____4th_____ day of May, 2026.

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE